In the Matter of STUYVESANT TOWN CORPORATION et al., Respondents, against VINCENT R. IMPELLITTERI et al., Constituting the Board of Estimate of the City of New York, et al., Appellants.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Dore, J. P., Cohn, Van Voorhis and Breitel, JJ. [See *ante,* p. 672.]

In the Matter of MORRIS NEEDLEMAN against HAROLD FIELDS et al., Constituting the Board of Examiners of the Board of Education of the City of New York.— Motion for leave to appeal to the Court of Appeals or for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 970.]

HELEN CONTESSA v. VICTOR CONTESSA.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Callahan, Van Voorhis and Breitel, JJ. [See 280 App. Div. 978.]

In the Matter of the Arbitration between TRUSTEES OF COLUMBIA UNIVERSITY IN THE CITY OF NEW YORK, Respondents, and THOMAS PHILLIPS, as President of Local Union No. 241, Transport Workers Union of America, C. I. O., Appellant.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs. Present — Peck, P. J., Dore, Cohn and Callahan, JJ. [See *ante,* p. 651.]

## (February 4, 1953.)

In the Matter of the Arbitration between SLATTERY CONTRACTING Co., INC., Respondent, and NEW YORK UNIVERSITY, Appellant.— Order unanimously granted to the extent stated in order, the stay contained in the order to show cause dated November 21, 1952, and the order of this court entered February 3, 1953 (*ante,* p. 811), vacated. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ. [See *post,* p. 863.]

## (February 10, 1953.)

SHIRLEY ZIMMERMAN, Appellant, v. LESTER ZIMMERMAN, Respondent, et al., Defendants.— Order unanimously modified so as to allow items 4 and 6 and, as so modified, affirmed. Such items are material and necessary. The date for the examination to proceed shall be fixed in the order. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.

SHIRLEY ZIMMERMAN, Respondent-Appellant, v. LESTER ZIMMERMAN, Appellant-Respondent, et al., Defendants.— Order unanimously modified so as to reduce counsel fee to $2,500 and, as so modified, affirmed. The amount allowed is excessive. Settle order on notice. Present — Dore, J. P., Cohn, Callahan, Van Voorhis and Breitel, JJ.